**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JENNIFER SHERIDAN and STEPHANY SHERIDAN,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV97 |
| vs. | ) ) | ORDER |
| **RIKI TRAUTLOFF,** formerly known as **RIKI DUNN,** | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion to Extend Time for Service of the Summons and Complaint (Filing No. 6). The plaintiffs' motion was filed in response to the court's July 12, 2007 show cause order. **See** Filing No. 4. The court ordered the plaintiffs to show cause why the case should not be dismissed for failure to prosecute pursuant to NECivR 41.1 and Fed. R. Civ. P. 4(m).

The complaint was filed on March 13, 2007. **See** Filing No. 1. Accordingly, the deadline for service of process expired on or about July 11, 2007. The record shows a summons was issued the date the complaint was filed, however there is no proof of service of process on the defendant. The plaintiffs now seek an unspecified extension of the service deadline because the plaintiffs have information the defendant is deceased. **See** Filing No. 6, Exhibit A. The plaintiffs seek additional time to serve the defendant's estate. **See** Filing No. 6. The court finds the plaintiffs have shown good cause for a sixty-day extension of time. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Extend Time for Service of the Summons and Complaint (Filing No. 6) is granted.

2. The plaintiffs shall have to **on or before September 28, 2007**, to effect service of the summons and complaint upon the defendant.

Dated this 31st day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge