IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JENNIFER SHERIDAN and STEPHANY SHERIDAN, | ) ) ) | Case No: 8:07cv97 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER FOR DISMISSAL** |
| ESTATE OF RIKI S. DUNN, Deceased, by and through Special Administrator GERALD R. KUKELMAN, | ) ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion to dismiss with prejudice as to Jennifer Sheridan, only. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED, that plaintiff's motion is granted; and the claims of Jennifer Sheridan, only, are dismissed with prejudice, each party to pay its own costs.

DATED this 30th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge