FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 NOV -9 PM 2: 59

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

STEPHANY SHERIDAN,

    Plaintiff,

v.

ESTATE OF RIKI S. DUNN,
deceased, by and through Special
Administrator GERALD R. KUKELMAN,

    Defendant.

CASE NO. 8:07cv97

CONSENT TO EXERCISE OF
JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE AND ORDER OF
REFERENCE

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| /s/ Melany S. Chesterman | For | Stephany Sheridan | 11/8/2007 |
| /s/ Waldine H. Olson | For | Estate of Riki S. Dunn | 11/8/2007 |
| | For | | |
| | For | | |
| | For | | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas Thalken United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

11/9/07
Date

/s/ John F. Bataillon
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.