IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER SHERIDAN and<br>STEPHANY SHERIDAN,<br><br>          Plaintiffs,<br><br>v.<br><br>ESTATE OF RIKI S. DUNN, Deceased, by<br>and through Special Administrator<br>GERALD R. KUKELMAN,<br><br>          Defendant. | 8:07CV97<br><br><br>ORDER FOR DISMISSAL |

    This matter is before the Court on plaintiff Stephany Sheridan's motion to dismiss with prejudice. The Court finds said motion should be granted. Accordingly,

    IT IS ORDERED, that the plaintiff's motion (Filing No. 24) is granted; and this action is dismissed with prejudice, each party to pay its own costs.

    DATED this 6th day of December, 2007.

                                             BY THE COURT:

                                             s/Thomas D. Thalken
                                             United States Magistrate Judge